TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00479-CR






Daniel Garcia II, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT


NO. 54,087, HONORABLE JOE CARROLL, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. James H. Kreimeyer, is ordered to tender a brief in this cause no later than February 13,
2004. No further extension of time will be granted.

It is ordered January 13, 2004. 


Before Chief Justice Law, Justices B. A. Smith and Patterson

Do Not Publish